

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-22-00149-CR
No. 07-22-00150-CR

RINO REY ACOSTA, APPELLANT

V.

STATE OF TEXAS, APPELLEE

On Appeal from the 100th District Court
Childress County, Texas
Trial Court Nos. 6606 & 6607, Honorable Stuart Messer, Presiding

January 25, 2023

## ORDER OF ABATEMENT AND REMAND

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Rino Rey Acosta, appeals from the trial court's judgments adjudicating him guilty of the offense of burglary of a habitation.[1] We previously remanded the appeals for the trial court to determine why the reporter's record was not timely filed and to arrange for a substitute reporter, if necessary. After a hearing on remand, the trial court entered

---

[1] *See* TEX. PENAL CODE ANN. § 30.02.

an order finding that the official court reporter could complete the reporter's record by December 26, 2022. We later granted the reporter an extension to January 6, 2023, but the reporter's record has not been filed to date.

Accordingly, we abate the appeals and remand the causes to the trial court to arrange for a substitute reporter to complete, certify, and file the reporter's record within thirty days of appointment. *See* TEX. R. APP. P. 35.3(c), 37.3(a)(2). The trial court is directed to enter any necessary orders and to file a supplemental clerk's record by February 24, 2023.

It is so ordered.

Per Curiam

Do not publish.

2